## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.2
### Eastern Division

Chelsea Frederick, et al.

                                         Plaintiff,

v.                                                    Case No.: 1:09−cv−06837
                                                           Honorable Milton I. Shadur

AE Television Networks LLC, et al.

                                        Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 17, 2009:

       MINUTE entry before Honorable Milton I. Shadur:Motion to dismiss [13] is entered and continued. Plaintiff's response is due on or before January 29, 2010. By agreement the defendant The Biography Channel is dismissed as a defendant. Status hearing held on 12/17/2009. Status hearing set for 2/5/2010 at 09:00 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.